IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMUEL B. RANDOLPH, IV, | : CIVIL ACTION |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : No. 19-2231 |
| JOHN WETZEL, et al., | : |
| | : |
| Defendants. | : |

**STATUS UPDATE**

Pursuant to this Court's Order, dated January 21, 2020, undersigned counsel files this

status update regarding Plaintiff Samuel B. Randolph's consolidated case.

The following Defendants were named in either or both cases:

| | Defendant | Served? |
|---|---|---|
| | Graterford/Phoenix Defendants | |
| 1. | Michael Wenerowicz, (Former) Supt. | **Yes** |
| 2. | Jay Lane, (Former) Acting Supt. | **Yes** |
| 3. | Deputy Supt. Laurel Harry | **Yes** |
| 4. | Major Francis Field | **Yes** |
| 5. | Major James Baker | **No** |
| 6. | Major Michael Dugal | **Yes** |
| 7. | Unit Manager William Mitchell | **No** |
| 8. | Unit Manager Joseph Terra | **Yes** |
| 9. | Unit Manager Thomas Bolton | **Yes** |
| 10. | Security Captain [  ] Terra | **No** |
| 11. | Cpt. Stephen Campbell | **No** |
| 12. | Cpt. Jerome Strickland | **No** |
| 13. | Cpt. James Spagnoletti | **Yes** |
| 14. | Lt. John Everding | **Yes** |
| 15. | Lt. Shannon Bennett | **Yes** |
| 16. | Lt. Brian Taylor | **Yes** |
| 17. | Lt. [  ] Robinson | **No** |
| 18. | Lt. [  ] Crane | **No** |
| 19. | Lt. William Radle | **Yes** |
| 20. | Lt. [  ] Dusal | **No** |
| 21. | Lt. [  ] Phillips | **No** |
| 22. | Lt. [  ] Quintana | **No** |

| 23. | Lt. [ ] Verosky | **No** |
|-----|-----------------|--------|
| 24. | Lt. J. Brown | **No** |
| 25. | Lt. Jeffrey Bender | **Yes** |
| 26. | Lt. Thomas Armstrong | **Yes** |
| 27. | Lt. Joseph Aquino | **Yes** |
| 28. | Lt. [ ] Fetter | **No** |
| 29. | Wendy Shaylor, Grievance Coordinator | **Yes** |
| 30. | Kerry Kerschner, Grievance Coordinator | **No** |
| 31. | Cynthia Link, (Former) Acting Supt. | **No** |
| 32. | Sgt. [ ] Rivera | **No** |
| 33. | Sgt. Aaron Battle | **Yes** |
| 34. | Sgt. [ ] Klimas | **No** |
| 35. | Sgt. [ ] Moyer | **No** |
| 36. | Sgt. [ ] Fondi | **No** |
| 37. | CO Francis Webster | **Yes** |
| 38. | CO Jeffrey Warren | **Yes** |
| 39. | CO Andre Hall | **Yes** |
| 40. | CO Jonina Respes | **Yes** |
| 41. | CO George Heiserman | **Yes** |
| 42. | CO B. Williams | **No** |
| 43. | CO J. Hall | **No** |
| 44. | CO Pierre Kernizan | **Yes** |
| 45. | CO [ ] Lucky | **No** |
| 46. | CO Robert Walker | **Yes** |
| 47. | CO Brenton Boyd | **Yes** |
| 48. | CO [ ] Laubmeier | **No** |
| 49. | CO [ ] Mosley | **No** |
| 50. | CO [ ] Cuthbert | **No** |
| 51. | G. Olinger, Program Service Manager | **No** |
| 52. | Mary Canino, Hearing Examiner | **Yes** |
| 53. | Joseph Korszniak, CHCA (Former) | **Yes** |
| 54. | Barbara March, Nurse | **Yes** |
| 55. | Dennis Hall, Nurse | **Yes** |
| 56. | Susan Sennot, Nurse | **Yes** |
| 57. | Ann Lewis, Nurse | **No** |
| 58. | Nurse Paul | **No** |
| 59. | Nurse Joey | **No** |
| 60. | Mr. Fix | **No** |
| 61. | Gerald Kelly, Counselor | **No** |
| 62. | Shannon Bean, Business Office Supervisor | **Yes** |
| 63. | Lt. [ ] Kline | **No** |
| 64. | CO M. Major | **No** |
| 65. | Tammy Ferguson, former SCI-Phoenix Superintendent | **Yes** |

| 66. | CO Raymond McKevitt | Yes |
|---|---|---|
| 67. | CO Kevin Ridgley | Yes |
| 68. | Todd Faubert | No |
| 69. | Jeanne Welsh, Corrections Healthcare Administrator | No |
| 70. | Jamie Sorber, SCI Phoenix Superintendent | No |
| 71. | CO [ ] Ellerbee | No |
| 72. | Etta Williams | No |
| 73. | CO Fernandez | No |
| 74. | CO Davis | No |
| 75. | CO Smothers | No |
| 76. | CO Ms. Johnson | No |
| 77. | CO Belador | No |
| 78. | CO Policki | No |
| 79. | Ms. Savage | No |
| 80. | Kristina Owens, SCI-Phoenix Superintedent's Assistant | No |
| | SCI-Greene Defendants | |
| 81. | [ ] Gilmore, SCI-Green Supt. | No |
| 82. | [ ] Zaken, Deputy Supt. | No |
| 83. | [ ] Dilasandro, Depty Supt. | No |
| 84. | Tracy Shawley, Grievance Coordinator | No |
| 85. | Major [ ] Leggette | No |
| 86. | Major [ ] Kairo | No |
| 87. | Cpt. [ ] Shrader | No |
| 88. | Unit Manager [ ] Gumbarvic | No |
| 89. | Unit Manager [ ] Longstretch | No |
| 90. | Lt. [ ] Santoyo | No |
| 91. | Lt. [ ] Morris | No |
| 92. | Sgt. [ ] Grimm | No |
| 93. | Sgt. [ ] Desrosier | No |
| 94. | Sgt. [ ] Jenkins | No |
| 95. | Sgt. [ ] Yates | No |
| 96. | Sgt. [ ] Davis | No |
| 97. | Sgt. [ ] Dorsey | No |
| 98. | [ ] Felice, Counselor | No |
| 99. | CO [ ] Feather, Sr. | No |
| 100. | CO [ ] Liptak | No |
| 101. | CO [ ] Wilcher | No |
| 102. | CO [ ] McGee | No |
| 103. | CO [ ] Moore | No |
| 104. | [ ] McAnany, Nurse | No |
| 105. | [ ] Vihladal, CHCA | No |
| 106. | [ ] Pokol, Nurse | No |

| 107. | Ms. [ ] Bridgette, Nurse | No |
|------|--------------------------|-----|
| 108. | Ms. [ ] Tammy, Nurse | No |
| 109. | [ ] Riggenbaugh, Nurse | No |
| 110. | [ ] Grego, Nurse | No |
| 111. | [ ] Felton, Nurse | No |
| 112. | Ms. [ ] Ashley, Nurse | No |
| 113. | Lt. [ ] Harvilla | No |
| 114. | Lt. [ ] Medvec | No |
| 115. | [ ] Funk, Food Service Supervisor | No |
| 116. | CO [ ] Shellenburg | No |
| 117. | CO J. Smith, Commissary Officer | No |
|      | DOC Central Staff | |
| 118. | John Wetzel, Secretary | Yes |
| 119. | Chase DeFelice, Deputy Chief Counsel | No |
| 120. | Robert B. MacIntyre, Chief Hearing Examiner | Yes |
| 121. | Dorina Varner, Chief Grievance Coordinator | Yes |
| 122. | Robin M. Lewis, Chief Hearing Examiner | No |
| 123. | Dr. Herbick, DOC Western Regional Medical Director | No |
| 124. | Keri Moore | No |
|      | Non-Commonwealth Defendants/Unknown | |
| 125. | Dr. Weiner, SCI-Graterford Medical Director | No |
| 126. | Timothy Gardzalla | Yes |
| 127. | Dr. Martinez, Psychiatrist Graterford | No |
| 128. | Mr. Fix, Psychology Dept Supervisor Graterford | No |
| 129. | [ ] Mauriello, Psychologist Graterford | No |
| 130. | Ms. [ ] Allen, Psychologist Graterford | No |
| 131. | Ms. [ ] Almond, Psychologist Graterford | No |
| 132. | Dr. Jin, SCI-Greene Medical Director | No |
| 133. | [ ] Mwaura, SCI-Greene Physician's Assistant | No |
| 134. | [ ] Beabout, SCI-Greene Physician's Asistant | No |
| 135. | Ms. [ ] Pilal, SCI-Greene Psychiatrist | No |
| 136. | Mr. [ ] Voytko, SCI-Green Psychologist | No |
| 137. | Dr. Hanicek, SCI-Phoenix Doctor | No |
| 138. | Dr. Sarah, SCI-Phoenix Doctor | No |
| 139. | Walsh, SCI-Phoenix Physician Assistant | No |

Plaintiff brings the following claims against Defendants. Undersigned made every effort to identify the claims and the defendants for each claim.

I.     ADA failure to accommodate - food trays placed at food slot of door, out of reach (182-186)
       a.   All defendants
II.    ADA failure to accommodate – no gurney for anything except attorney visits, court proceedings, and medical trips (no exercise yard, shower, law library, etc.) -- (¶ 179, 187-188)
       a.   All defendants
III.   8th Amendment Cruel & Unusual punishment/conditions of confinement – keeping in RHU in solitary confinement 24/7 with no access to outdoor yard time, no showers; denial of visits from family;
       a.   All defendants
IV.    1st Amendment Retaliation for filing grievances and lawsuits
       a.   Defendants:
            1.   Walker
            2.   Hall
            3.   Bennett
            4.   Terra
            5.   Brown
            6.   Taylor
            7.   Battle
            8.   Wenerowicz
            9.   Baker
            10.  Lane
            11.  Field
            12.  Varner
            13.  Dugal
            14.  Mitchell
            15.  Olinger
            16.  Shaylor
            17.  Hardy
            18.  Korszniak
            19.  Canino
            20.  Gardzalla
            21.  Webster
            22.  Warren
            23.  Everding
            24.  Bolton

25. Robinson
26. Crane
27. Verosky
28. Quintana
29. Phillips
30. Dusal
31. Radle
32. Bender
33. Campbell
34. MacIntre
35. Spagnoletti
36. Heiserman
37. Lucky
38. B. Williams
39. Klimas
40. Kelly
41. Kernizan
42. Rivera
43. Boyd
44. Laubmeir
45. Strickland
46. Mosley
47. Cuthbert

V.  8th Amendment Excessive Force
   a. Defendants
      1. Nurse Mark
      2. Nurse Roth
      3. Brumfield
      4. Nurse Susan
      5. Nurse Dennis
      6. Boyd
      7. Karnizan
      8. Lucky
      9. Lt. Robinson
      10. B. Williams
      11. J. Hall
      12. Lt. Phillips
      13. Lt. Morris
      14. Sgt. Walters
      15. CO Feather

              16.     CO McGee

VI.     Denial Access to Courts

    a.   Defendants

1. Boyd
2. Heiserman
3. Webster
4. Fox
5. A. Hall
6. Federico
7. Kelly
8. Bennett
9. Roth
10. J. Brown
11. Taylor
12. Ludwig
13. Bolton
14. Mitchell
15. Lane
16. Baker
17. Wenerowicz
18. Dusal
19. J. Terra
20. Link
21. Kline
22. Cambell
23. Field
24. Cpt. Terra
25. Robinson
26. Crane
27. Verosky
28. Spagnoletti
29. Battle
30. Klimas
31. Rivera
32. Strickland

VII.    8th Amendment Deliberate Indifference, Denial of Medical Treatment (Not getting Plaintiff surgery to fix his spine)

    a.   Defendants

1. Korzniak
2. Gilmore

3.     Dilasandro
4.     Zaken
5.     Leggette
6.     Kairo
7.     Shawley
8.     Sharder
9.     Gumbarvic
10.    Longstreth
11.    Santoyo
12.    Morris
13.    Grimm
14.    Desrosier
15.    Jenkins
16.    Yates
17.    Davis
18.    Dorsey
19.    Felice
20.    Feather
21.    Liptak
22.    Wilcher
23.    McGee
24.    Moore
25.    Mcanany
26.    Vihlidal
27.    Jin
28.    Pokol
29.    Nurse Bridgette
30.    Nurse Tammy
31.    Nurse Riggenbaugh
32.    Nurse Grego
33.    Dr. Herbick
34.    Ms. Mwaura
35.    Nurse Felton
36.    Dr. Pilal
37.    Mr. Voytko
38.    Nurse Ashley
39.    Lt. Harvilla
40.    Lt. Medvec
41.    Shallenburg
42.    T. Ferguson

43.    Savage
44.    Dr. Wiener
45.    M. Sipple
46.    J. Terra
47.    J. Sorber
48.    J. Welsh
49.    K. Moore
50.    K. Owens

VIII.    8th Amendment Deliberate Indifference, Denial of Access to Mental Health Treatment

    a.  Defendants

1.    Wenerowicz
2.    Lane
3.    Field
4.    Varner
5.    Baker
6.    Dugal
7.    Mitchell
8.    Olinger
9.    Shaylor
10.    Hardy
11.    Korzniak
12.    A. Hall
13.    Gardzalla
14.    Webster
15.    Warren
16.    Everding
17.    Bennett
18.    Taylor
19.    Terra
20.    Bolton
21.    Robinson
22.    Crane
23.    Brown
24.    Verosky
25.    Quintana
26.    Phillips
27.    Dusal
28.    Radle
29.    Bender
30.    J. Terra

31.    Campbell
32.    Spagnoletti
33.    Respes
34.    Heiserman
35.    Walker
36.    Lucky
37.    B. Williams
38.    Battle
39.    Klimas
40.    Rivera
41.    Aquino
42.    Kernizan
43.    J. Hall
44.    Nurse Lewis
45.    Nurse Hill
46.    Nurse Sennot
47.    Nurse March
48.    Boyd
49.    Kelly
50.    Fix
51.    Allen
52.    Mauriello
53.    Dr. Martinez
54.    Almond
55.    Laubmeier
56.    Strickland
57.    Link
58.    Dr. Weiner
59.    Kerscher
60.    Mosley
61.    Cuthbert
62.    Kline
63.    Major

IX.    Fourth Amendment – Invasion of Privacy for a strip search

1.    T. Ferguson
2.    J. Terra
3.    M. Sipple
4.    J. Sorber
5.    Ellerbee
6.    E. Williams

     7.     Fetter
     8.     Nurse Dennis
     9.     Nurse Paul
     10.    K. Ridgley
     11.    Policki
     12.    Belador
     13.    Armstrong
     14.    Smothers
     15.    CO Ms. Johnson
     16.    Moyer
     17.    Davis
     18.    Fondi

X.     8th Amendment Excessive Force – Attempting to place Plaintiff into a restraint chair

     1.     T. Ferguson
     2.     J. Terra
     3.     K. Ridgley
     4.     M. Sipple
     5.     J. Sorber
     6.     E. Williams
     7.     Nurse Dennis
     8.     Nurse Paul

XI.    8th Amendment Deliberate Indifference – Placing Plaintiff into a Psychiatric Observation Cell

     1.     T. Ferguson
     2.     J. Wetzel
     3.     T. Faubert
     4.     J. Welsh
     5.     M. Sipple
     6.     J. Sorber
     7.     E. Williams
     8.     C. DeFelice
     9.     K. Moore
     10.    K. Owens
     11.    Wright
     12.    Dr. Wiener
     13.    Dr. Sarah
     14.    P.A. Walsh

XII.    Fourteenth Amendment Equal Protection Claim – Plaintiff discriminated against because of his alleged disability

     1.     T. Ferguson

    2.    P. Kernizan
    3.    J. Terra
    4.    R. McKevitt
    5.    K. Ridgley
    6.    J. Wetzel
    7.    T. Faubert
    8.    J. Welsh
    9.    M. Sipple
    10.    J. Sorber
    11.    Ellerbee
    12.    E. Williams
    13.    Lt. Fetter
    14.    Fernandez
    15.    Rivera
    16.    Davis
    17.    Nurse Dennis
    18.    Nurse Paul
    19.    Sgt. Moyer
    20.    Smothers
    21.    CO Ms. Johnson
    22.    CO Belador
    23.    CO Policki
    24.    C. DeFelice
    25.    Fondi
    26.    Savage
    27.    Armstrong
    28.    Moore
    29.    Owens
    30.    Nurse Joey
    31.    CO Wright
    32.    Dr. Wiener
    33.    Dr. Hanicek
    34.    Dr. Sarah
    35.    P.A. Walsh

XIII.   Fourteenth Amendment Due Process – Plaintiff was not allowed witnesses at misconduct hearing

    1.    J. Wetzel
    2.    T. Ferguson
    3.    J. Terra
    4.    M. Sipple

        5.    T. Faubert

        6.    K. Owens

        7.    J. Sorber

XIV.   Assault and Battery

        1.    T. Ferguson

        2.    P. Kernizan

        3.    J. Terra

        4.    R. McKevitt

        5.    K. Ridgley

        6.    J. Wetzel

        7.    T. Faubert

        8.    J. Welsh

        9.    M. Sipple

        10.    J. Sorber

        11.    Ellerbee

        12.    E. Williams

        13.    Lt. Fetter

        14.    Fernandez

        15.    Rivera

        16.    Davis

        17.    Nurse Dennis

        18.    Nurse Paul

        19.    Sgt. Moyer

        20.    Smothers

        21.    CO Ms. Johnson

        22.    CO Belador

        23.    CO Policki

        24.    C. DeFelice

        25.    Fondi

        26.    Savage

        27.    Armstrong

        28.    Moore

        29.    Owens

        30.    Nurse Joey

        31.    CO Wright

        32.    Dr. Wiener

        33.    Dr. Hanicek

        34.    Dr. Sarah

        35.    P.A. Walsh

XV.     Claim Regarding Court Ordered Force Feeding – It appears that Plaintiff is merely trying to appeal an order from the Court of Common Pleas of Montgomery County to this Court.

Respectfully submitted,

JOSH SHAPIRO
Attorney General

Date: March 23, 2020                    By:     */s/ Jeffrey Mozdziock*

JEFFREY MOZDZIOCK
Office of Attorney General              Deputy Attorney General
1600 Arch Street, Suite 300             Attorney I.D. No. 320543
Philadelphia, PA 19103
Phone: (215) 560-2404                   Karen M. Romano
Fax:     (717) 772-4526                 Chief Deputy Attorney General
jmozdziock@attorneygeneral.gov          Civil Litigation Section

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAMUEL B. RANDOLPH, IV, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | No. 19-2231 |
| JOHN WETZEL, et al., | : | |
| | : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

I, Jeffrey Mozdziock, hereby certify that, on March 23, 2020, Defendants' Status Update of time was filed electronically and is available for viewing and downloading from the Court's Electronic Case Filing System. I also hereby certify that a true and correct copy of the above-mentioned motion was emailed to SCI-Phoenix Superintendent's Assistant Kristina Owens in order to be hand delivered to Plaintiff.[1]

By:      /s/ Jeffrey Mozdziock
_____
JEFFREY MOZDZIOCK

[1] All Office of Attorney General Offices are closed. Undersigned counsel does not have the ability to print and mail this motion to Plaintiff. The DOC has made designated personnel available to print documents and deliver them to inmates.